# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| ELIZABETH A. MURPHY, ) | C/A No. 1:12-cv-2117 DCN |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| CAROLYN W. COLVIN, ACTING ) | |
| COMMISSIONER OF SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

The above referenced Social Security case is before this court upon the plaintiff's petition for attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Plaintiff filed this petition on December 30, 2013. Defendant filed a stipulation on January 13, 2014, stating that the parties had agreed to a reduction in payment of attorneys fees.

**IT IS THEREFORE ORDERED** that the plaintiff's motion for attorneys fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, is hereby **GRANTED** in the amount of $5,250.00. The court directs that the EAJA fees be paid to the plaintiff, pursuant to *Astrue v Ratliff*, 130 S.Ct. 2521, 2528-29 (2010).

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

January 14, 2014
Charleston, South Carolina